# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GINA DIFLAVIS, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHOICE HOTELS INTERNATIONAL INC. *et al.*, | : | NO. 18-3914 |
| *Defendants*. | : | |

## O R D E R

**AND NOW**, this 4th day of April, 2019, upon consideration of Defendant Choice Hotels' Motion to Dismiss (Doc. No. 10), Plaintiff's response (Doc. No. 22), and oral argument held on February 6, 2019, it is **ORDERED** that Defendant Choice Hotels' Motion to Dismiss (Doc. No. 10) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE