IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GINA DIFLAVIS, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHOICE HOTELS INTERNATIONAL, | : | |
| INC. et al., | : | NO. 18-3914 |
| Defendants | : | |

## ORDER

**AND NOW**, this 3rd day of February, 2020, upon consideration of Rama Construction Co.'s Motion for Summary Judgment (Doc. No. 40); Choice Hotels International, Inc.'s Motion for Summary Judgment (Doc. No. 41), Choice Hotel's Statement of Undisputed Facts and Material Facts (Doc. No. 43), Ms. DiFlavis' Motion to Certify a Conditional Class and Notice Under 29 U.S.C. § 216(b) (Doc. No. 44), the Responses in Opposition (Doc. Nos. 51-54), the Replies in Support (Doc. Nos. 56-58), the parties' supplementing briefing (Doc. Nos. 66-68), and oral argument held on December 20, 2019, it is **ORDERED** for the reasons set forth in the accompanying memorandum that:

1. Rama Construction Co.'s Motion for Summary Judgment (Doc. No. 40) is **DENIED**;

2. Choice Hotels International, Inc.'s Motion for Summary Judgment (Doc. No. 43) is **GRANTED**. The Court grants summary judgment in favor of Choice Hotels International, Inc. as to all of Ms. DiFlavis' claims; and

3. Ms. DiFlavis' Motion for Conditional Certification (Doc. No. 44) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**