IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA DIFLAVIS,<br>for herself and all others similarly situated,<br>   Plaintiff,<br>  v.<br><br>CHOICE HOTELS INTERNATIONAL, INC. and<br>RAMA CONSTRUCTION CO., INC.,<br>   Defendants. | Case No. 18-cv-03914-GEKP |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT,
RELEASE AND ATTORNEYS' FEE AND COST AWARDS**

For the reasons set forth in the accompanying Memorandum of Law, the Parties respectfully move this Court for an Order granting the instant Motion and approving their FLSA settlement in its entirety.

Respectfully submitted,

| | |
|---|---|
| */s/ David J. Cohen*<br>David J. Cohen<br>STEPHAN ZOURAS LLP<br>604 Spruce Street<br>Philadelphia, PA 19106<br>(215) 873-4836<br><br>*Attorney for Plaintiff* | */s/ Steven R. Paisner*<br>Steven R. Paisner<br>PAISNER LITVIN LLP<br>30 Rock Hill Road<br>Bala Cynwyd, PA 19004<br>(484) 426-2122<br><br>*Attorney for Defendant* |

Dated:  October 22, 2020

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies, this 22nd day of October, 2020, that he caused a copy of the foregoing pleading to be served upon all record counsel by electronically filing said document *via* the Court's ECF system.

*/s/ David J. Cohen*
