IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GINA DIFLAVIS, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHOICE HOTELS INTERNATIONAL, | : | |
| INC., *et al.*, | : | No. 18-3914 |
| *Defendants* | : | |

## ORDER

AND NOW, this 16th day of November, 2020, upon consideration of the Ms. DiFlavis's and Rama Construction Co., Inc.'s Joint Motion for Approval of Settlement Agreement and Release (Doc. No. 92), the telephone conference held on November 9, 2020, and the parties' supplemental letter and revised Settlement Agreement and Release submitted via email on November 12, 2020, it is **ORDERED** that:

1. The revised Settlement Agreement and Release as between Ms. DiFlavis and Rama Construction Co., Inc. is **APPROVED**.

2. The case as between Ms. DiFlavis and Rama Construction Co., Inc. is **DISMISSED** pursuant to the revised Settlement Agreement and Release.

3. Choice Hotels International, Inc. and Rama Construction Co., Inc. shall have until December 4, 2020 to provide the Court with a basis on which the Court should continue to have jurisdiction, including supplemental jurisdiction, over their crossclaim.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1